IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GENTEK, INC., et. al., and NOMA COMPANY, | : CHAPTER 11 <br> : <br> : Case No. 02-12986 (MFW) <br> : Jointly Administered <br> : |
| Debtors | : **Related to Docket Nos. 2686 and 2687** <br> : |

## NOTICE OF APPEAL

Tony Newman and Dorothy Lenoir (the "California Plaintiffs") on behalf of themselves and as representatives of a class action, hereby appeal to the United States District Court for the District of Delaware from the portion of the final Order of the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, enjoining the California Plaintiffs from prosecuting the fraudulent transfer claims set forth in Counts I and II of their Amended Complaint, which was entered on the docket in these proceedings on August 11, 2005 (Docket No. 2687).

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Mark S. Chehi, Esquire <br> David R. Hurst, Esquire <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, DE 19899 <br> TEL: (302) 651-3160 <br> *Counsel for the Reorganized Debtors (excluding Noma Company)* | Debra S. Balaga, Esquire <br> Stephen H. Warren, Esquire <br> O'MELVENY & MYERS LLP <br> 275 Battery Street, Suite 2600 <br> San Francisco, CA 94111 <br> TEL: (415) 984-8700 <br> *Special Litigation Counsel for the Reorganized Debtors* |

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
RICHARDS LAYTON &
FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
TEL: (302) 651-7000
*Counsel for JPMorgan*

Kenneth S. Ziman, Esquire
William Russell, Jr., Esquire
SIMPSON THATCHER &
BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017
TEL: (212) 455-2000
*Counsel for JPMorgan*

Office of the United States Trustee
J. Caleb Boggs United States Courthouse
844 North King Street
Wilmington, Delaware 19801
Attn: David L. Buchbinder, Esquire
TEL: (302) 573-6491

Dated: August 22, 2005

STEVENS & LEE, P.C.

By: /s/ Joseph Grey
Joseph Grey (No. 2358)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-5180

- and –

R. Patrick Jaress, Esquire
Jaress & Leong
737 Bishop Street, # 2920
Honolulu, HI 96813

*Attorneys for Appellants Tony Newman and Dorothy Lenoir, on behalf of themselves and as representatives of a class action*