## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
IN RE:                          )    Chapter 11
                                )
GENTEK INC., et al.,            )    Case No.  02-12986(MFW)
and NOMA COMPANY,               )
                                )    Jointly Administered
          Debtors.             )
                                )
```

### O R D E R

AND NOW, this **11TH** day of **AUGUST, 2005,** upon consideration of the Debtors' Motion for an Order Enforcing Plan of Reorganization, Confirmation Order, and Cash Collateral Order, the responses thereto, and the oral arguments presented at the hearing on May 25, 2005, it is hereby

**ORDERED** that the Debtors' Motion is **GRANTED IN PART;** and it is further

**ORDERED** that the California Plaintiffs are enjoined from prosecuting the fraudulent transfer claims set forth in Counts I and II of their Amended Complaint.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Mark Chehi, Esquire[1]

---

[1]    Counsel shall serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Mark S. Chehi, Esquire
David R. Hurst, Esquire
Skadden, Arps, Slate, Meagher, & Flom LLP
One Rodney Square
P.O. BOX 636
Wilmington, DE 19899
Counsel for Reorganized Debtors
(excluding Noma Company)

Debra S. Belaga, Esquire
Stephen H. Warren, Esquire
Brian M. Metcalf, Esquire
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Special Litigation Counsel to
Reorganized Debtors

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market St., 7th Fl.
Wilmington, DE 19801
Local Counsel for Tony Newman and Dorothy Lenoir

R. Patrick Harris, Esquire
Jaress & Leong, Esquire
737 Bishop Street, #2920
Honolulu, HI 96813
Counsel for Tony Newman and Dorothy Lenoir

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richard, Layton, & Finger, P.A.
One Rodney Square
P.O. BOX 551
Wilmington, DE 19899
Counsel for JPMorgan

Kenneth S. Ziman, Esquire
William Russell, Jr., Esquire
Robert H. Trust, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Counsel for JPMorgan