## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 02-12986

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Appeal:**
Order Entered on 8/11/2005 Granting In Part The Motion Of Gentek For An Order Enforcing Plan Of Reorganization Confirmation Order And Cash Collateral Order.

**Parties:** Tony Newman and Dorothy Lenoir (the" California Plaintiffs") v. Gentek, Inc. et. al.

**Appellant Counsel:**

Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(302) 654-5180

-And-

R. Patrick Jaress, Esquire
Jaress & Leong
737 Bishop Street, #2920
Honolulu, HI 96813

**Appellee Counsel:**

        **Mark S. Chehi, Esquire**
        David R. Hurst, Esquire
        Skadden, Arps, Slate, Meacher & Flom, LLP
        One Rodney Square
        P. O. Box 636
        Wilmington, DE 19899
        (302) 651-3160

        -And-

        **Debra S. Balaga, Esquire**
        Stephen H. Warren, Esquire
        O'Melveny & Myers, LLP
        275 Battery Street, Suite 2600
        San Francisco, CA 94111
        (415) 984-8700

        -And-

        **Mark D. Collins, Esquire**
        Michael J. Merchant, Esquire
        Richards Layton & Finger, P.A.
        One Rodney Square
        P. O. Box 551
        Wilmington, DE 19899
        (302) 351-7000

        -And-

**Kenneth S. Ziman, Esquire**
William Russell, Jr. Esquire
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000