IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:  )<br>  )<br>GENTEK, INC., et. al., and NOMA  )<br>COMPANY  )<br>  )<br>    Debtors,  )<br>_____  ) | Chapter 11<br><br>Jointly Administered<br><br>Related to Docket No. 2689 |

### DESIGNATION OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD TO BE CERTIFIED AND SENT TO THE CLERK FOR THE COURT OF APPEALS

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Tony Newman and Dorothy Lenoir ("The California Plaintiffs") herein designates the issues to be presented on appeal and designates the record to be certified and sent to the Clerk of the United States District Court for the District of Delaware.

### Issues Presented On Appeal

1. Did the Bankruptcy Court err when it made the finding that the Creditors Committee conducted an investigation and decided to settle any fraudulent transfer actions against the Lenders in exchange for the distribution to unsecured creditors provided by the Plan of Reorganization when such an investigation was not conducted and no such decision was made?

2. Did the bankruptcy court err when it ruled that the debtors had the power to release the   fraudulent transfer claims that the California plaintiffs seek to pursue?

SL1 588565v1/014695.00001

3. Did the bankruptcy court err when it ruled that the debtors properly released the fraudulent transfer claims that the California plaintiffs seek to pursue without disclosing the consideration received for such releases and the circumstances surrounding the releases?

## Designation of Record to be Certified

The designated record consisting of the matters forwarded to the Clerk of the District Court by the Clerk of the Bankruptcy Court as follows:

a. Motion of Gentek, Inc. and Gentek Holding, LLC for Order Enforcing Plan of Reorganization (Docket No. 2665)

b. Declaration of Service For Motion of Gentek, Inc. and Gentek Holding, LLC for Order Enforcing Plan of Reorganization (Docket No. 2666)

c. JP Morgan Chase Bank's Motion to Join Motion of Gentek, Inc. and Gentek Holding, LLC for Order Enforcing Plan of Reorganization (Docket No. 2667)

d. Tony Newman and Dorothy Lenoir's Motion to Extend Time to File Objection (Docket No. 2670)

e. Objection of Tony Newman and Dorothy to the Motion of Gentek, Inc. and Gentek Holding, LLC for Order Enforcing Plan of Reorganization et. al., and the Joinder of JPMorgan Chase Bank, N.A. (Docket No. 2671)

f. Gentek's Motion for Leave to File Reply to Objection (Docket No. 2673)

g. JP Morgan Chase Bank's Motion for Leave to File Reply to Objection (Docket No. 2674).

h. Transcript of Hearing Held May 25, 2005 (Docket No. 2682)

i. Opinion (Docket No. 2686)

j. Order (Docket No. 2687)

SL1 588565v1/014695.00001

Dated: November 17, 2005

STEVENS & LEE, P.C.

/s/ Joseph Grey
Joseph Grey #2358
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
302-654-5180 (phone)
302-658-5181 (fax)
E-Mail: jg@stevenslee.com

SL1 588565v1/014695.00001

## CERTIFICATE OF SERVICE

I, Joseph Grey, certify that I caused copies of the foregoing Designation to be served by first class United States mail, postage prepaid, addressed to the persons indicated below on this 17th day of November, 2005:

Mark S. Chehi, Esquire
David R. Hurst, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
FAX: 651-3001

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2313
Wilmington, DE 19801

Debra S. Belaga, Esquire
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
FAX: (415) 984-8701

Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Kenneth S. Ziman, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

/s/ Joseph Grey
JOSEPH GREY

SL1 588565v1/014695.00001