IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GENTEK, INC., et. al., and NOMA COMPANY, | : : : : : : : : | CHAPTER 11<br><br>Civil Action No. 05-824-SLR<br><br>Bankruptcy Case No. 02-12986 |
| Debtors | | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 8001(c) of the Federal Rules of Bankruptcy Procedure, the parties hereby agree that this Appeal be dismissed with prejudice and with each party to bear its own costs.

This Stipulation and Order may be signed in counterparts and the counterparts, when combined, shall be deemed to be one and the same document for all intents and purposes. Signatures tendered by facsimile and/or e-mail may be treated as original signatures.

| | |
|---|---|
| STEVENS & LEE, P.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: *[signature]*<br>Joseph Grey (No. 2358)<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-5180<br><br>R. Patrick Jaress, Esquire<br>Jaress & Leong<br>737 Bishop Street, # 2920<br>Honolulu, HI 96813<br><br>*Attorneys for Appellants Tony Newman and Dorothy Lenoir, on behalf of themselves and as representatives of a class action* | By: *[signature]*<br>Mark S. Chehi (ID 2855)<br>Jane M. Leamy (ID 4113)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>TEL: (302) 651-3160<br>*Counsel for the Reorganized Debtors*<br><br>O'MELVENY & MYERS LLP<br>Debra S. Belaga, Esquire<br>Stephen H. Warren, Esquire<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>TEL: (415) 984-8700<br>*Special Litigation Counsel for the Reorganized Debtors* |

1

RICHARDS LAYTON &
FINGER, P.A.

By: _____
Mark D. Collins (ID 2981)
Michael J. Merchant (ID 3854)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
TEL: (302) 651-7000

SIMPSON THACHER &
BARTLETT, LLP
Kenneth S. Ziman, Esquire
William Russell, Jr., Esquire
425 Lexington Avenue
New York, NY 10017
TEL: (212) 455-2000

*Counsel for JP Morgan Chase Bank NA*

SO ORDERED, this _____ day of _____, 2006

_____

2