## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 19th day of June, 2006, I caused the foregoing Notice of Appeal to be served upon the following persons by first class United States mail, postage prepaid:

Mark S. Chehi, Esquire
David R. Hurst, Esquire
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
TEL: (302) 651-3160

Debra S. Belaga, Esquire
Stephen H. Warren, Esquire
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
TEL: (415) 984-8700

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
RICHARDS LAYTON &
FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Kenneth S. Ziman, Esquire
William Russell, Jr., Esquire
SIMPSON THACHER &
BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017
*Counsel for JPMorgan*

Office of the United States Trustee
J. Caleb Boggs United States Courthouse
844 North King Street
Wilmington, Delaware 19801
Attn: David L. Buchbinder, Esquire

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900, P.O. Box 25130
Wilmington, DE 19899

_____
JOSEPH GREY